UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CC: BK Court

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: SA CV 15-01289-AB<br>(Bankr. Case No. 8:11-bk-02611-ES)<br>(Adv. Case No. 8:13-ap-01266-ES) | Date: November 18, 2015 |

Title: *In re Phillip Dean Rowe* (*Karen Sue Naylor v. Phillip Dean Rowe, et al.*)

Present: The Honorable   ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order DISMISSING Action for Failure to Prosecute

In light of Defendants' failure to refile their motion with withdraw bankruptcy reference by November 13, 2015 as required by the Court's November 6, 2015 order (Dkt. No. 10), the Court hereby **DISMISSES** this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**